AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| NEELKANTH DAVE,<br><br>Plaintiff(s)<br>v.<br>BUMBY ONE LLC d/b/a Bumby Food Mart and BRIJESH PATEL<br><br>Defendant(s) | Civil Action No. 6:20-cv-1652-ORL-37DCI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BUMBY ONE LLC d/b/a Bumby Food Mart
c/o Registered Agent Brijesh Patel
100 N. Bumby Ave.
Orlando, FL 32803


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

N. Ryan LaBar, Esq.
LaBar & Adams, P.A.
2300 E. Concord Street
Orlando, FL 32803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

KarinaCummings

Date: September 9, 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ☒

| | | |
|---|---|---|
| NEELKANTH DAVE, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 6:20-cv-1652-ORL-37DCI |
| BUMBY ONE LLC d/b/a Bumby Food Mart and BRIJESH PATEL | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

　　　　　　BRIJESH PATEL
　　　　　　100 N. Bumby Ave.
　　　　　　Orlando, FL 32803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　N. Ryan LaBar, Esq.
　　　　　　LaBar & Adams, P.A.
　　　　　　2300 E. Concord Street
　　　　　　Orlando, FL 32803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　　　　　　　KarinaCummings

Date: September 9, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*