UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-cv-1652-Orl-37DCI

NEELKANATH DAVE,

        Plaintiff,

vs.

BUMBY ONE LLC d/b/a Bumby Food Mart
and BRIJESH PATEL,

        Defendants.
_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or another Federal or State court, or administrative agency as indicated below: N/A

_X_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: September 24, 2020

                                                   Respectfully submitted,

                                                   */s/ N. Ryan LaBar, Esq.*
                                                   N. RYAN LABAR, ESQ.
                                                   Florida Bar No.: 0010535
                                                   Email: rlabar@labaradams.com
                                                   SCOTT C. ADAMS, ESQ.
                                                   Bar No.: 0573442
                                                   Email: sadams@labaradams.com
                                                   LABAR & ADAMS, P.A.
                                                   2300 East Concord Street
                                                   Orlando, Florida 32801
                                                   Tel.: (407) 835-8968
                                                   Fax.: (407) 835-8969