UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NEELKANTH DAVE,

    Plaintiff,

v.                                            Case No. 6:20-cv-1652-Orl-37DCI

BUMBY ONE LLC; and BRIJESH
PATEL,

    Defendants.
_____

## ORDER

Plaintiff sued Defendants for failure to pay overtime and minimum wage under the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1.) The parties moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 19 ("**Motion**"); Doc. 19-1 ("**Agreement**").) On referral, United States Magistrate Judge Daniel C. Irick recommends granting the Motion and approving the Agreement, finding it fair and reasonable. (Doc. 20 ("**R&R**").)

The parties do not object to the R&R. (Doc. 21.) So the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 20) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The parties' Amended Joint Motion to Approve FLSA Settlement (Doc. 19) is **GRANTED.**

3. The parties' Amended Settlement Agreement and Release of FLSA Claims (Doc. 19-1) is **APPROVED.**

4. This case is **DISMISSED WITH PREJUDICE.**

5. The Clerk is **DIRECTED** to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 2, 2021.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record